Robert R. FOULON, Plaintiff–
Appellant,

v.

KLAYMAN & TOSKES PA, a foreign
corporation, Defendant–Appellee.

No. 05–35383.

United States Court of Appeals,
Ninth Circuit.

March 24, 2008.

Carl J. Carlson, Carlson & Dennett,
P.S., Seattle, WA, for the plaintiff-appel-
lant.

William R. Kiendl, Lee, Smart, Cook,
Martin & Patterson, P.S., Inc., Seattle,
WA, for the defendant-appellee.

**ORDER**

KOZINSKI, Chief Judge,
REINHARDT, KLEINFELD,
HAWKINS, GRABER, WARDLAW,
GOULD, PAEZ, RAWLINSON, M.
SMITH, IKUTA, Circuit Judges:

The parties' motion to dismiss is grant-
ed. The appeal is dismissed with preju-
dice, each party to bear its own costs.